# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

136665

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH R. BRIEDENSTEIN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136665
COA: 281647
Kalkaska CC: 06-009320-AR
District Court: 06-013253-ST-2

_____/

      On order of the Court, the application for leave to appeal the May 23, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008

_____
Clerk

p1008